FILED
CLERK, U.S. DISTRICT COURT

NOV -3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Oswaldo Quintero<br><br>    Defendant. | 2:18-cr-173-GW-57<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A) ☒  the appearance of defendant as required; and/or
   (B) ☒  the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

overcomes his criminal activity while on supervision, extensive substance abuse history or severity of underlying charges

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

overcomes his prior absconding and lack of stable residence or bail resources

IT IS ORDERED that defendant be detained.

DATED: 11/3/22

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2